UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STEVEN TATE                                          CIVIL ACTION

VERSUS                                               NO. 25-1400

WARDEN MICHELLE DAUZAT                               SECTION M (2)

## **ORDER**

The Court, having considered the petition, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the failure of any party to file an objection to the R&R, hereby approves the R&R, and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that Steven Tate's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is DENIED and DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 7th day of January, 2026.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 25.